**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **FORCEX INC.,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| **TECHNOLOGY FUSION, LLC** | ) | **4:11-CV-00088-RAJ-TEM** |
| and **KELLY MCDOUGALL**, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING**
**ORDER, EXPEDITED DISCOVERY, AND PRELIMINARY INJUNCTION**

Plaintiff, ForceX, Inc. ("ForceX" or "Plaintiff") moves pursuant to Fed. R. Civ. P. 26 and

65 for a Temporary Restraining Order, Expedited Discovery and Preliminary Injunction against

Technology Fusion, LLC ("Technology Fusion") and Kelly McDougall ("McDougall")

(collectively "Defendants"). As fully set in the Memorandum filed herewith, Kelly McDougall

and his company, Technology Fusion, are illegally competing with ForceX by, among other

things, using misappropriated trade secrets and confidential information of ForceX. McDougall

is deliberately disregarding his restrictive covenants prohibiting him from competing with

ForceX, and Technology Fusion's intentionally interfering with McDougall's contractual

obligations to ForceX.

Defendants' breaches of contract, intentional interference with contract, and

misappropriation of trade secrets are causing irreparable harm to ForceX by threatening its

goodwill with its customers. ForceX is likely to succeed on the merits of its claims, and it will

not harm Defendants to prohibit them from engaging in illegal competition.

Accordingly, ForceX respectfully requests that the Court:

(1)　　Issue a temporary restraining order pursuant to Fed. R. Civ. P. 65, enjoining McDougall and Technology Fusion from communicating with ForceX customers, potential customers, employees, and former employees who are obligated under restrictive covenants with ForceX; advertising or selling services that are competitive with ForceX; using or disseminating the confidential information or trade secrets of ForceX; or otherwise competing with ForceX.

(2)　　Issue an order pursuant to Fed. R. Civ. P. 26 providing that:

(a)　　Defendants shall serve responses to Plaintiff's proposed expedited Requests for Production, attached hereto as *Exhibit 1*, on or before June 6, 2011;

(b)　　McDougall and a corporate representative of Technology Fusion submit to depositions on mutually agreeable dates between June 8, 2011 and June 15, 2011; and

(3)　　Set an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction within 14 days of the Court's temporary restraining order or during the last week in June 2011.

Dated: May 26, 2011

Respectfully submitted,

**FORCEX, INC.**

By:_____/s/_____
Wendy C. McGraw (VSB No. 37880)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA   23510
T:　　(757) 640-5300
F:　　(757) 625-7720
E-mail:wmcgraw@hunton.com

Kenneth A. Weber
Benjamin H. Bodzy
*(Pro Hac Vice Motions Pending)*
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN  37201
T:       (615) 726-5600
F:       (615) 744-5640

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2011, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF  system.  I will then cause a true and correct copy of

the foregoing pleading to be served on Technology Fusion, LLC and Kelly McDougall by

private process server along with the Summons and Verified Complaint filed in this matter

|                              |
| ---------------------------- |
| /s/                          |

Wendy C. McGraw (VSB No. 37880)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA   23510
T:   (757) 640-5300
F:   (757) 625-7720
E-mail:      wmcgraw@hunton.com

*Counsel for Plaintiff*

- 3 -